[Criminal No. 696. Filed February 24, 1930.]

[284 Pac. 1118.]

SANTIAGO ACUNA, Appellant, v. STATE, Respondent.

Mr. William J. Fellows, for Appellant.

The Attorney General, for the State.

PER CURIAM.—Appellant, Acuna, was tried and convicted of burglary in the second degree. In support of his appeal he caused the record to be certified and filed in this court on December 5th, 1928. Since that time nothing has been done. We have examined the information, the instructions, and the evidence for fundamental error, and find that none was committed.

The judgment is affirmed.